**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

November 9, 2023

_____

NOTICE

_____


No.   23-1662 (L),   Ishayka Wood v. Omni Financial of Nevada, Inc.
        1:22-cv-01148-LMB-IDD

TO: Counsel

The court in is receipt of the letter filed on October 10, 2023, advising the court that the parties have reached a settlement in principle and are in the process of finalizing the settlement papers. As the briefing schedule has not been suspended, the parties are directed to update the court on the status of filing the motion to dismiss pursuant to Fed. R. App. P. 42(b)(1) on or before November 14, 2023.


Kirsten Hancock, Deputy Clerk
804-916-2704